**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BRIGHTVIEW LANDSCAPES, LLC** **PLAINTIFF**

**V.** **CAUSE NUMBER: 3:26-cv-240-JDM-RP**

**MICHAEL LITTLE** **DEFENDANT**

**ORDER DISMISSING**
**MOTION FOR PRELIMINARY INJUNCTION**
**WITHOUT PREJUDICE**

Brightview Landscapes, LLC initiated this action against Michael Little on August 21, 2026. Three days later, Brightview filed a motion for temporary restraining order and preliminary injunction. [2] The Court denied the motion for temporary restraining order. But the Court held in abeyance the motion for preliminary injunction until Defendant Michael Little had been served and had the opportunity to respond. [9]

Little has not been served. Instead, Brightview filed a suggestion of bankruptcy on September 15, 2026. [10] Based on Little's pending Chapter 13 bankruptcy, the Court has stayed this action. [11] *See* 11 U.S.C. § 362(a).

Because this case has been indefinitely stayed, the Court dismisses the pending motion for preliminary injunction without prejudice. After the stay is lifted, Brightview may renew its request for preliminary injunctive relief.

**THEREFORE, IT IS ORDERED** that the Motion for Preliminary Injunction [2] is **DISMISSED without prejudice.**

**SO ORDERED**, this the 17th of September, 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI